UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br>      v.<br><br>JUSTIN D. CARR,<br><br>                    Defendant(s). | CASE NO. CR24-0159-KKE<br><br>ORDER GRANTING STIPULATED<br>MOTION TO RELEASE AND TRANSFER |

The parties filed a stipulated motion to release Defendant Justin Carr to the King County Jail to serve his state sentence under cause number 24-1-04928-9. Dkt. No. 46. The Court GRANTS the motion and ORDERS that Mr. Carr shall be released on an appearance bond and transferred to the King County Jail.

Dated this 4th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO RELEASE AND TRANSFER - 1