UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s), v. JUSTIN D. CARR, Defendant(s). | CASE NO. CR24-0159-KKE MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) The Government is ORDERED to, no later than October 19, 2026, either file a brief addressing post-judgment restitution or notify the Court that no restitution request has been made. If the Government files a brief, Defendant's brief must be filed no later than October 26, 2026. The Government's optional reply brief shall be filed no later than October 28, 2026.

(2) If filed, the parties' briefing shall address whether the restitution hearing set for November 2, 2026, is needed, or whether the Court should enter a restitution order based on the record.

(3) Along with any briefs, the parties shall submit a proposed order addressing the relevant restitution factors. *See Paroline v. United States*, 572 U.S. 434, 459–60 (2014).

Dated this 25th day of August, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk